Rick D. Roskelley, Utah Bar #7772
rroskelley@littler.com
Ethan D. Thomas, Utah Bar #15751
edthomas@littler.com
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:     702.862.8800
Facsimile:      702.862.8811

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JEFFREY HIMSL,<br><br>                    Plaintiff,<br><br>       v.<br><br>CVS PHARMACY, INC., CVS RX SERVICES, INC., CVS HEALTH CORPORATION, CVS CAREMARK CORPORATION, CAREMARK, LLC, RxAMERICA SEVERANCE PLAN, CVS HEALTH SEVERANCE PLAN FOR NON-STORE EMPLOYEES, CVS CORPORATION INCENTIVE COMPENSATION PLAN and JOHN DOES I-V,<br><br>                    Defendants. | Case No. 2:16-cv-01142-DB<br><br>**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**<br><br>Judge:  Dee Benson |

        Pursuant to Federal Rule of Civil Procedure 7.1, Defendants CVS PHARMACY, INC.,

CVS  RX  SERVICES,  INC.,  CVS  HEALTH  CORPORATION,  CVS  CAREMARK

CORPORATION, CAREMARK, LLC, RxAMERICA SEVERANCE PLAN, CVS HEALTH SEVERANCE PLAN FOR NON-STORE EMPLOYEES, and CVS CORPORATION INCENTIVE COMPENSATION PLAN certify the following:

CVS CAREMARK CORPORATION no longer exists. It is a former entity that was renamed CVS HEALTH CORPORATION several years ago. CVS HEALTH CORPORATION is the ultimate parent corporation of Defendants CVS PHARMACY, INC., CVS RX SERVICES, INC., and CAREMARK, LLC, and is the only publicly-traded entity that owns 10% or more of the stock of those entities. CVS HEALTH CORPORATION has no parent company, nor is there any entity that owns 10% or more of its stock.

The CVS HEALTH SEVERANCE PLAN FOR NON-STORE EMPLOYEES and CVS CORPORATION INCENTIVE COMPENSATION PLAN are employee benefit plans. Defendant RxAMERICA SEVERANCE PLAN is believed to be a former employee benefit plan no longer in existence.

These representations are made to enable judges of the Court to evaluate possible disqualification or recusal.

Dated this  2nd day of March, 2017

/s/ Ethan D. Thomas
Rick D. Roskelley
Ethan D. Thomas
LITTLER MENDELSON, P.C.

Attorneys for Defendants

2

## PROOF OF SERVICE

I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the within action. My business address is 3960 Howard Hughes Parkway, Suite 300, Las Vegas, Nevada  89169.  On March 2, 2017, I served the within document(s):

### DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

☒ By CM/ECF Filing – Pursuant to FRCP 5(b)(3) and LR 5-4, the above-referenced document was electronically filed and served upon the parties listed below through the Court's Case Management and Electronic Case Filing (CM/ECF) system:

David J. Holdsworth, Esq.
9125 South Monroe Plaza Way, Suite C
Sandy, Utah 84070

Attorney for Defendant

I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service.  Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 2, 2017 at Las Vegas, Nevada.

/s/ Robyn Craig
Robyn Craig

Firmwide:146059391.1 090142.1073

3